# Exhibit B

*Claim Chart re Asserted Claims of '511 Patent and Exemplary Accused Products*

Preliminary Comparison of U.S. Patent No. 7,952,511 to GM Vehicles

| '511 Patent, Claim 1 Language | GM Vehicles Equipped with Cyclist Detection, Pedestrian Detection, or Vehicle Detection ("Accused Instrumentalities") |
|---|---|
| **Claim 1**. A method for detecting an object, comprising the steps of: | The Accused Instrumentalities implement a method for detecting an object (e.g., a cyclist, a pedestrian, or a vehicle). https://gmauthority.com/blog/gm/general-motors-technology/gm-safety-technology/gm-active-safety-technology/gm-pedestrian-detection-front-pedestrian-braking-technology/ |
| defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver; | The method implemented by the Accused Instrumentalities includes defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver.<br><br>GM's Pedestrian Detection (also known as Front Pedestrian Breaking) uses a front camera to detect pedestrians. The Pedestrian Detection system works to detect pedestrians that are ahead of the car and applies the breaks and alerts the driver. Additionally, "[t]he Pedestrian Detection/Front Pedestrian Braking feature works in conjunction with Forward Collision Alert." https://gmauthority.com/blog/gm/general-motors-technology/gm-safety-technology/gm-active-safety-technology/gm-pedestrian-detection-front-pedestrian-braking-technology/. GM's Forward Collision Alert technology uses, "[l]ong-, mid- and short-range radar mounted either within the front grille or in the lower front fascia below the front grille and/or [c]amera mounted behind the windshield ahead of the inside rear view mirror" to avoid crashing into vehicles. https://gmauthority.com/blog/gm/general-motors-technology/gm-safety-technology/gm-active-safety-technology/gm-forward-collision-alert/<br><br>Thus, combined, the Accused Instrumentality includes a radar unit, which transmits invisible electromagnetic radiation to be detected at a receiver located on the Accused Instrumentality. When the region intermediate to the path taken by the incident and the observed electromagnetic radiation is devoid of confounding factors and objects, a standard (*i.e.*, a control-variable-like, or a background) baseline signal set—that can be used for comparison purposes—is established. For example, one standard background might be the open road in front of the Accused Instrumentality. This baseline can be updated in essentially real time as, for instance, atmospheric propagation conditions change and evolve or road-painting schemes alter from one section of pavement to the next. |
| attenuating at least a portion of an invisible electromagnetic radiation field by a | The method implemented by the Accused Instrumentalities involves attenuating at least a portion of an invisible electromagnetic radiation field by a presence of an object within a path of invisible electromagnetic radiation. For example, the reflection, absorption, and attenuation characteristics of a |



1

Preliminary Comparison of U.S. Patent No. 7,952,511 to GM Vehicles

| '511 Patent, Claim 1 Language | GM Vehicles Equipped with Cyclist Detection, Pedestrian Detection, or Vehicle Detection ("Accused Instrumentalities") |
|---|---|
| presence of an object within a path of invisible electromagnetic radiation, | cyclist, pedestrian, or vehicle will be different than the reflection, absorption, and attenuation characteristics of open road. |
| said invisible electromagnetic radiation propagating off axis with respect to the receiver toward a scattering medium; and | The invisible electromagnetic radiation is propagated off axis with respect to the receiver toward a scattering medium.<br><br>For example, invisible electromagnetic radiation is propagated from the radar unit, located either in the front grille or lower front fascia, toward a scattering medium (e.g., a road) in front of the vehicle. On information and belief, the radar unit comprises at least one transmitter and one separate and distinct receiver. The invisible electromagnetic radiation is therefore transmitted off-axis with respect to the receiver, although both are included in the Accused Instrumentality. https://gmauthority.com/blog/gm/general-motors-technology/gm-safety-technology/gm-active-safety-technology/gm-forward-collision-alert/ |
| detecting the attenuation to indicate a presence of the object. | The method implemented by the Accused Instrumentalities involves detecting the attenuation to indicate a presence of the object. The radar "sends information to the collision warning and collision braking systems, as well as the adaptive cruise control system," which helps to prevent crashes. https://rts.i-car.com/collision-repair-news/advanced-driver-assistance-systems-2019-gmc-acadia.html; https://gmauthority.com/blog/gm/general-motors-technology/gm-safety-technology/gm-active-safety-technology/gm-forward-collision-alert/. |
| **Claim 15**. An apparatus for performing the method of claim 1, comprising: | As discussed above, the Accused Instrumentalities each constitute an apparatus for performing the method of claim 1. |
| means for storing expected characteristics of scattered electromagnetic | The Accused Instrumentalities include means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver.<br><br>"In front of the rearview mirror, attached to the windshield, is a forward-facing camera. This |

2



Preliminary Comparison of U.S. Patent No. 7,952,511 to GM Vehicles

| '511 Patent, Claim 1 Language | GM Vehicles Equipped with Cyclist Detection, Pedestrian Detection, or Vehicle Detection ("Accused Instrumentalities") |
|---|---|
| radiation to be received at a receiver; and | camera…provides input to the collision warning [and] collision braking." https://rts.i-car.com/collision-repair-news/advanced-driver-assistance-systems-2019-gmc-acadia.html. "Behind the front bumper cover, below the bumper reinforcement, is a radar sensor. This sensor sends information to the collision warning and collision braking systems, as well as the adaptive cruise control system." https://rts.i-car.com/collision-repair-news/advanced-driver-assistance-systems-2019-gmc-acadia.html Combining the information from both the camera and the radar, GM's Forward Collision Alert and Pedestrian Detection prevents collisions with pedestrians and vehicles.<br><br>Combining the information to detect pedestrians, cyclists and vehicles suggests that there is a database of masses and shapes constitutes means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver. |
| a receiver for detecting the attenuation to indicate a presence of the object. | The Accused Instrumentalities include means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver.<br><br>"In front of the rearview mirror, attached to the windshield, is a forward-facing camera. This camera…provides input to the collision warning [and] collision braking." https://rts.i-car.com/collision-repair-news/advanced-driver-assistance-systems-2019-gmc-acadia.html. "Behind the front bumper cover, below the bumper reinforcement, is a radar sensor. This sensor sends information to the collision warning and collision braking systems, as well as the adaptive cruise control system." https://rts.i-car.com/collision-repair-news/advanced-driver-assistance-systems-2019-gmc-acadia.html Combining the information from both the camera and the radar, GM's Forward Collision Alert and Pedestrian Detection prevents collisions with pedestrians and vehicles.<br><br>Combining the information to detect pedestrians, cyclists and vehicles suggests that there is a database of masses and shapes constitutes means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver.<br><br>As discussed above with respect to claim 1, the radar unit includes a receiver that detects the attenuation of at least a portion of an invisible electromagnetic radiation field to detect the presence of an object. |

3

